FILED: JUNE 13, 2008
08CV3412
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE
EDA

Case 1:08-cv-03412   Document 2   Filed 06/13/2008   Page 1 of 1

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD

**DEFENDANTS**
LABORERS' INTERNATIONAL UNION, LOCAL 118, AFL-CIO-CLC

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Brigid Garrity, 312-353-5564
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900, Chicago, IL 60604

Attorneys (If Known)
Marc M. Pekay, 312-606-0980
30 North LaSalle Street, Suite 2426
Chicago, IL 60602

**II. BASIS OF JURISDICTION**
[X] 1 U.S. Government Plaintiff

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT**
(No box checked in the listed categories for nature of suit is indicated except) [X] 790 Other Labor Litigation

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
29 U.S.C. Section 160(l)
Temporary Injunction

**VIII. REQUESTED IN COMPLAINT:**

**IX. This case** is not a refiling of a previously dismissed action.

DATE: 6/13/08

SIGNATURE OF ATTORNEY OF RECORD: /s/ Brigid Garrity