Case 1:08-cv-03412   Document 3   Filed 06/13/2008   Page 1 of 1

FILED: JUNE 13, 2008
08CV3412
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number:

JOSEPH A. BARKER, REGIONAL DIR. OF REGION 13 OF
THE NLRB, FOR AN ON BEHALF OF NLRB, PETITIONER

LABORERS' INTERNATIONAL UNION, LOCAL 118,
RESPONDENT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| NAME (Type or print) <br> Brigid Garrity | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brigid Garrity | |
| FIRM <br> National Labor Relations Board, Region 13 | |
| STREET ADDRESS <br> 209 S. LaSalle Street, Suite 900 | |
| CITY/STATE/ZIP <br> Chicago/ IL/ 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269252 | TELEPHONE NUMBER <br> 312-353-5564 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |