# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| Joseph A. Barker, Regional Director of Region 13 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board )<br><br>          Petitioner, )<br>     v. )<br> )<br>Laborers' Local 118 )<br> )<br>          Respondent. ) | **No. 08 CV 3412**<br><br>Judge Anderson<br>Magistrate Judge Cole |

## NOTICE OF FILING

**TO:**   See Certificate of Service

    **PLEASE TAKE NOTICE** that we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the Court's electronic filing system on this **17th** day of **June, 2008**, the attached **Memorandum in Opposition to the National Labor Relations Board's Petition for Injunction Under Section 10(l) of the National Labor Relations Act** and in support thereof, a true and correct copy of which is herewith served upon you.

                                                    By: s/Marc M. Pekay
                                                          MARC M. PEKAY

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Memorandum in Opposition to the National Labor Relations Board's Petition for Injunction Under Section 10(l) of the National Labor Relations Act** (Court No: 08 CV 3412) to be served upon:

Brigid Garrity
Counsel for Petitioner
National Labor Relations Board
Region 13
209 South LaSalle Street, 9th Floor
Chicago, IL  60604

David L. Christlieb, Esq.
Littler Mendelson
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

Scott Gilbert, Esq.
Thomas Y. Mandler, Esq.
Hinshaw & Culbertson
221 N. LaSalle Street, Suite 300
Chicago, IL 60601

Jules I. Crystal, Esq.
Bryan Cave, LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

Bryan Diemer, Esq.
International Union of Operating Engineers, Local 150
6140 Joliet Road
Legal Department
Countryside, IL 60525

by placing same in an envelope properly addressed as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **17th** day of **June, 2008.**

By: s/Marc M. Pekay
MARC M. PEKAY

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980