# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 3412 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Barkers vs. Laborers" et al | | |

**DOCKET ENTRY TEXT**

Emergency motion hearing held.  Preliminary injunction hearing is set for 7/7/2008 @ 9:30 a.m.  Status hearing set for 7/3/2008 at 9:00 a.m.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | TSA |
|---|---|---|