Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 3412 | DATE | 6/20/2008 |
| CASE TITLE | Barker vs. Laborers' et al | | |

**DOCKET ENTRY TEXT**

Emergency motion hearing held. Preliminary injunction hearing set for 7/7/2008 @ 9:30 a.m. Status hearing set for 7/3/2008 @ 9:00 a.m.

Docketing to mail notices.

00:05

FILED
2008 JUN 24 AM 7:39
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials:  SA