**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 1 8 2008
6-18-2008
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>     **Petitioner**<br><br>    **v.**<br><br>LABORERS LOCAL 118, AFL-CIO-CLC<br><br><br>     **Respondent** | Civil No. 08 CV 3412<br><br>**Judge ANDERSEN**<br>**Magistrate COLE** |

## EMERGENCY MOTION TO SET TIME FOR HEARING AND SHORTEN TIME FOR FILING ANSWER

   Now comes Brigid Garrity, Counsel for Petitioner, requesting the Court to set prompt dates for Respondent's Answer and for hearing, and hereby state as follows:

   1.  On June 13, 2008, Petitioner filed with this Court a Petition For Preliminary Injunction Under Section 10(l) Of The National Labor Relations Act (herein called the Act) [29 U.S.C. Section 160(l)].

   2.  The Petition alleges that Petitioner has reasonable cause to believe that Respondent violated Section 8(b)(4)(i)(ii)(D) of the Act [29 U.S.C. Section 158(b)(4)(i)(ii)(D)] by picketing, threatening to picket, and causing a work stoppage on May 19, 2008, and by refusing to give the Regional Director assurances that this conduct will not resume where in object of this conduct is to force or require the reassignment of work installing brick pavers to employees who are represented by Respondent. The Petition asks the Court to direct Respondent to cease and desist from in any manner picketing, causing to picket, threatening to picket or cause a work stoppage, causing a work stoppage, or otherwise inducing or encouraging any

2

individual employed by any person engaged in commerce or in an industry affecting commerce to refuse to handle or work on goods, or perform services for Countryside, where an object of such activity is to force or require the reassignment the work of installing brick pavers to employees who are members of or represented by Respondent.

3.      Public Law 98-620, 28 U.S.C. Section 1657, requires that this Court expedite the consideration of any action for preliminary injunctive relief, or any other action, if good cause therefore is shown. "Good cause" is shown if a right under a federal statute "would be maintained in a factual context that indicates that a request for expedited consideration has merit." *Id.*

4.      Section 10(l) of the Act permits the Regional Director, on behalf of the Board, to petition for injunctive relief upon issuance of a complaint charging that any person has engaged in or is engaging in an unfair labor practice within the meaning of the Act. This section clearly embodies the intent of Congress that such unlawful conduct be promptly enjoined.

5.      Unless promptly enjoined, it may be fairly anticipated that Respondent will continue its unlawful acts as specified above in paragraph 2, and that the effect of its unlawful acts will continue unremedied. Such continued unlawful acts will, inter alia, foreseeably lead to the cessation of construction work being performed at The Arboretum jobsite, the loss of time suffered by contractors whose schedules depend on the prompt completion of work, the loss of tax revenues to the Village of South Barrington, and the loss of reputation to contractors who are unable to fulfill their obligations.

6.      The Petitioner asserts that the Board will make every effort to process the underlying administrative proceeding in the most expeditious manner possible.

7.      Accordingly, the Petition for Injunctive Relief arises in a factual context that indicates that this request for expedited consideration has merit and serves the public interest.

**WHEREFORE**, Petitioner respectfully moves that this Court set Monday, June 23, 2008, as time for filing an Answer and that a hearing be scheduled for July 7, 2008, or as soon thereafter as the hearing may be scheduled on Petitioner's application for injunctive relief.

3

**DATED** at Chicago, Illinois this 13th day of June, 2008.

Brigid Garrity
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-5564

## CERTIFICATE OF SERVICE

The undersigned hereby certify that true and correct copies of the Emergency Motion to Set Time for Hearing and Shorten Time for Filing Answer and accompanying Notice of Motion, have, this 13th day of June 2008, been served in the manner indicated upon the following parties of record:

Certified Mail and Hand Delivery

Laborers Union, Local 118
c/o Law Offices of Marc Pekay
30 North LaSalle Street, Suite 2426
Chicago, IL 60602
ATTN: Mr. Marc Pekay, Esq.

Certified Mail

Laborers Union, Local 118
2430 East Rand Road
Arlington Heights, IL 60004
ATTN: Mr. Martin Flanagan

Law Offices of Marc Pekay
30 North LaSalle Street, Suite 2426
Chicago, IL 60602
ATTN: Mr. Marc Pekay, Esq.

Countryside Industries, Inc.
29947 North Rand Road
Wauconda, IL 60084

Littler Mendelson
200 North LaSalle Street, Suite 2900
Chicago, IL 60601
ATTN: David Christlieb, Esq.

The Arboretum
400 Skokie Boulevard, Suite 405
Northbrook, IL 60062
ATTN: Jonathan K. Payne

Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
ATTN: Mr. Jules Crystal, Esq.

Ragnar Benson Construction LLC
250 South Northwest Highway
Park Ridge, IL 60068

Hinshaw & Culbertson
221 North LaSalle Street, Suite 300
Chicago, IL 60601
ATTN: Thomas Y. Mandler, Esq. and Scott M. Gilbert, Esq.

International Union of Operating Engineers, Local 150
6200 Joliet Road
Countryside, IL 60525
ATTN: Stan Simrayh

International Union of Operating Engineers, Local 150
Legal Department
6140 Joliet Road
Countryside, IL 60252
ATTN: Bryan Diemer, Esq.

International Brotherhood of Teamsters, Local 703
300 South Ashland Street, Room 502
Chicago, IL 60607
ATTN: Tom Steedy

Brigid Garrity
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-5564

H:\R13COM\Litigation Holds\13-CD-773\DCT.13-CD-773.nmtnst.doc