**FILED**
JUN 1 8 2008
6-18-2008
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD <br><br> Petitioner <br><br> v. <br><br> LABORERS LOCAL 118, AFL-CIO-CLC <br><br> Respondent | Civil No. 08 CV 3412 <br><br> Judge ANDERSEN <br> Magistrate COLE |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 19, 2008 at 9 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Judge Wayne R. Andersen, or any other judge acting in his stead, in courtroom 1403 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Emergency Motion to Set Time for Hearing and Shorten Time for Filing Answer.

**DATED** at Chicago, Illinois this 13th day of June, 2008.

Brigid Garrity
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-5564