UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH A. BARKER, REGIONAL DIRECTOR OF REGION 13 OF THE NATIONAL LABOR RELATIONS BOARD, FOR AND ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>LABORERS LOCAL 118, AFL-CIO-CLC<br><br>Respondent | Civil No. 08 CV 3412<br><br>Judge ANDERSEN<br>Magistrate COLE |

## JOINT MOTION TO DISMISS PETITION FOR PRELIMINARY INJUNCTION UNDER SECTION 10(L) OF THE NATIONAL LABOR RELATIONS ACT

Now comes Brigid Garrity, Counsel for Petitioner, and Marc Pekay, Counsel for Respondent, who hereby jointly request that this Court dismiss the above-captioned Petition For Preliminary Injunction Under Section 10(l) Of The National Labor Relations Act (herein called the Act) [29 U.S.C. Section 160(l)] filed on June 13, 2008, without prejudice. This Petition alleged that the Petitioner had reasonable cause to believe that Respondent violated Section 8(b)(4)(i)(ii)(D) of the Act [29 U.S.C. Section 158(b)(4)(i)(ii)(D)] by picketing, threatening to picket, and causing a work stoppage on May 19, 2008, and by refusing to give the Regional Director assurances that this conduct will not resume where an object of this conduct was to force or require the reassignment of work installing brick pavers to employees who are represented by Respondent.

On Wednesday, June 25, 2008, Respondent proffered to Petitioner written assurances that it would "not picket or strike at The Arboretum project in South Barrington or Countryside Landscaping or otherwise cause or attempt to cause employees to strike or refuse to perform any work in order to force Ragnar Benson to assign brick paving work to employees who are

represented by Laborers' Local Union rather than to employees who are members of, or represented by Operating Engineers and Teamsters Local 703." Having proffered these assurances, Respondent has elected to resolve this matter and Petitioner has thereby achieved the statutory remedy it seeks.

In requesting dismissal of this action with prejudice, Petitioner and Respondent also respectfully request that the upcoming status conference on July 3, 2008, and upcoming trial date of July 7, 2008, similarly be canceled.

**DATED** at Chicago, Illinois this 30th day of June, 2008.

_Brigid Garrity_
Brigid Garrity
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-5564

_Marc M. Pekay_
Marc Pekay
Counsel for Respondent
Laborers' Local Union 118
30 North LaSalle Street, Suite 2426
Chicago, IL 60602
(312)606-0980

H:\R13COM\Litigation Holds\13-CD-773\DCT.13-CD-773.jointdismiss.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certify that true and correct copies of the Joint Motion to Dismiss the Preliminary Injunction Under Section 10 (l) of the Act, have, this 30th day of June 2008, been served in the manner indicated upon the following parties of record:

<u>Certified Mail</u>

Laborers Union, Local 118
c/o Law Offices of Marc Pekay
30 North LaSalle Street, Suite 2426
Chicago, IL 60602
ATTN: Mr. Marc Pekay, Esq.

Laborers' International Union, Local 118
2430 East Rand Road
Arlington Heights, IL 60004
ATTN: Mr. Martin Flanagan

Countryside Industries, Inc.
29947 North Rand Road
Wauconda, IL 60084

Littler Mendelson
200 North LaSalle Street, Suite 2900
Chicago, IL 60601
ATTN: David Christlieb, Esq.

The Arboretum
400 Skokie Boulevard, Suite 405
Northbrook, IL 60062
ATTN: Jonathan K. Payne

Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
ATTN: Mr. Jules Crystal, Esq.

Ragnar Benson Construction LLC
250 South Northwest Highway
Park Ridge, IL 60068

Hinshaw & Culbertson
221 North LaSalle Street, Suite 300
Chicago, IL 60601
ATTN: Thomas Y. Mandler, Esq. and Scott M. Gilbert, Esq.

International Union of Operating Engineers, Local 150
6200 Joliet Road
Countryside, IL 60525
ATTN: Stan Simrayh

International Union of Operating Engineers, Local 150
Legal Department
6140 Joliet Road
Countryside, IL 60525
ATTN: Bryan Diemer, Esq.

International Brotherhood of Teamsters, Local 703
300 South Ashland Street, Room 502
Chicago, IL 60607
ATTN: Tom Steedy

/s/ *Brigid Garrity, filed electronically*
Brigid Garrity
Counsel for Petitioner
National Labor Relations Board, Region 13
209 South LaSalle Street, Suite 900
Chicago, Illinois 60604
(312) 353-5564