## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph A. Barker

                                    Plaintiff,

v.                                                                           Case No.: 1:08−cv−03412
                                                                         Honorable Wayne R. Andersen

Laborers' International Union, Local 118, AFL−CIO−CLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Joint motion to dismiss [16] petition for preliminary injunction under Section 10(L) of the National Labor Relations Act is granted. Preliminary injunction hearing set for 7/7/2008 is stricken. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.